Form B18(Official Form 18)
(9/97)

United States Bankruptcy Court
District of New Jersey
PO Box 1352 - 50 Walnut Street
Newark, NJ 07101-1352

In Re:

**Tito Guerrero**
530 North 5th Street
Harrison, NJ 7029
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

Debtor(s):

Case Number: 01-31194

**Luz Narvaez Guerrero**
530 North 5th Street
Harrison, NJ 7029
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

Chapter: 7

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**Date: May 14, 2001**

**BY THE COURT**

Honorable Donald H. Steckroth
United States Bankruptcy Judge



**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Form DIS

000015

BAE SYSTEMS
11400 Commerce Park Drive
Suite 600
Reston, Virginia 22091-1506

# CERTIFICATE OF SERVICE

```
District/off: 0312-2        User: bown              Page 1 of 1              Date Rcvd: May 10, 2001
Case: 01-31194              Form ID: DIS            Total Served: 16
```

```
The following entities were served by first class mail on May 12, 2001.
db      Tito Guerrero,      530 North 5th Street,   Harrison, NJ  07029
jdb     Luz Narvaez Guerrero,   530 North 5th Street,   Harrison, NJ  07029
aty     Anna C. Little,     300 Kimball Street,   Suite 106,   Woodbridge, NJ  07095
tr      John Sywilok,       Godlesky & Sywilok,   51 Main St.,   Hackensack, NJ  07601
ust     U.S. Trustee,       Suite 1400,   One Newark Center,   Newark, NJ  07102
ust    +U.S. Trustee,       Office of the US Trustee,   One Newark Center,   Suite 2100,
        Newark, NJ  07102-5211
8703965  Alex Beeks, The Associates,   576 CENTRAL AVENUE,   EAST ORANGE, NJ  07018
8703973 +Bank of America Attn: FFEF,   724 Front St, Ste 340, PBO2125,   Evanston, Wyoming 82930-3574
8703967 +Chase Bankcard Services Attn: FFEF,   724 Front St. Ste. 340, POB2125,   Evanston, Wyoming 82930-3574
8703972 +Citibank SD NA WY Attn: FFEF,   724 Front St, Ste. 340, POB2125,   Evanston, Wyoming 82930-3574
8703966 +Direct Merchants B c/o FFEF,   724 Front St. Ste. 340, POB2125,   Evanston, Wyoming 82930-3574
8703969 +Discover Card Services Attn: FFEF,   724 Front St, Ste. 340, POB2125,   Evanston, Wyoming 82930-3574
8703971 +FFII Education Services,   724 Front St, Ste. 340, POB2125,   Evanston, Wyoming 82930-3574
8703970 +FIRST USA Attn: FFEF,   724 Front St, Ste. 340, POB2125,   Evanston, Wyoming 82930-3574
8703968 +Household Bank Attn: FFEF,   724 Front St, Ste 340, POB2125,   Evanston, Wyoming 82930-3574
8703964  Sears,    P.O. BOX 818017,   CLEVELAND, OH 44181-8017
```

```
The following entities were served by electronic transmission.                    TOTAL: 0
NONE.

        ***** BYPASSED RECIPIENTS *****                                           TOTAL: 0
NONE.

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: May 12, 2001                Signature: _Joseph Speetjens_